**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| KUHARCHIK CONSTRUCTION, INC., | : No. 84 MAP 2021 |
| | : |
| Appellee | : Appeal from the Order from the |
| | : Commonwealth Court at No. 486 FR |
| | : 2015 dated October 14, 2021 |
| v. | : overruling the exceptions filed on |
| | : August 14, 2020 to the July 15, 2020 |
| | : Order which Affirmed in |
| COMMONWEALTH OF PENNSYLVANIA, | : Part/Reversed in Part the decision of |
| | : the PA Board of Finance of Revenue |
| Appellant | : at No. 1417063 dated July 21, 2015 |
| | : and Remanding. |
| | : |

## ORDER

**PER CURIAM**                                                    **DECIDED:  April 28, 2022**

AND NOW, this 28th day of April, 2022, the order of the Commonwealth Court is

**AFFIRMED**.

The Motion for Leave to File Surreply Brief is **DENIED.**

Justice Brobson did not participate in the consideration or decision of this matter.